

SEALED

```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  ELANA S. LANDAU
    Assistant U.S. Attorney
 3  4401 Federal Building
    2500 Tulare Street
 4  Fresno, California  93721
    Telephone:  (559) 497-4000
 5
 6
 7
```



FILED

OCT 1 8 2012

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
              DEPUTY CLERK

```
 8           IN THE UNITED STATES DISTRICT COURT FOR THE

 9                  EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )   1:12 CR 0 0 36 1 - LJO SKO
                                     )
12              Plaintiff,           )
                                     )   ORDER RE: EX PARTE MOTION TO
13       v.                          )   SEAL INDICTMENT PURSUANT TO
                                     )   RULE 6(e), FEDERAL RULES OF
14  JIMMY JOHN NEWELL,               )   CRIMINAL PROCEDURE
                                     )
15              Defendant.           )
                                     )
16  _____

17

18       Pursuant to the motion by the United States, IT IS HEREBY

19  ORDERED that the Indictment filed herein is sealed.

20
    DATED: October 18, 2012          _____
21                                   U.S. MAGISTRATE JUDGE

22

23

24

25

26

27

28
```

3