1  JOSEPH SCHLESINGER, CA Bar #87692
   Acting Federal Defender
2  JEREMY S. KROGER, CA Bar #258956
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California 93721-2226
   Telephone: (559) 487-5561

6  Attorney for Defendant
   JIMMY NEWELL

8               IN THE UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

11 | UNITED STATES OF AMERICA,            ) NO. 1:12-cr-00361 LJO-SKO-1
   |                                      )
12 |                  *Plaintiff*,        ) STIPULATION TO VACATE STATUS
   |                                      ) CONFERENCE HEARING AND SET FOR
13 |       v.                             ) CHANGE OF PLEA HEARING; ORDER
   |                                      ) THEREON
14 | JIMMY NEWELL,                        )
   |                                      ) Date:  April 1, 2013
15 |                  *Defendant*.        ) Time:  8:30 a.m.
   |                                      ) Judge: Honorable Lawrence J. O'Neill
16 | _____ )

19     **IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the Status Conference Hearing in the above-captioned matter now set for April 1, 2013, at 10:00 a.m. **may be vacated and the matter reset for a change of plea hearing on April 1, 2013, at 8:30 a.m., before The Honorable Lawrence J. O'Neill.**

       The requested change of plea hearing will conserve time and resources for both counsel and the court. The government has no objection to this request.

///

///

///

///

The parties agree that time shall be excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B) in that the ends of justice served by the continuance outweigh the interest of the public and the defendant in a speedy trial, including, but not limited to, the need for the period of time set forth herein for effective defense preparation and continuing plea negotiation purposes.

BENJAMIN B. WAGNER
United States Attorney

DATED: March 19, 2013        /s/ *Melanie L. Alsworth*
MELANIE L. ALSWORTH
Assistant United States Attorney
Attorney for Plaintiff

JOSEPH SCHLESINGER
Acting Federal Defender

DATED: March 19, 2013        /s/ *Jeremy Kroger*
JEREMY KROGER
Assistant Federal Defender
Attorneys for Defendant
JIMMY NEWELL

IT IS SO ORDERED.

**Dated:   March 19, 2013**        /s/  Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE

Jimmy J. Newell - Stipulation and Proposed Order

−2−