BENJAMIN B. WAGNER
United States Attorney
MELANIE L. ALSWORTH
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA  93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:12-CR-00361-LJO |
|---|---|
| Plaintiff, | JOINT STIPULATION TO CONTINUE SENTENCING; AND ORDER |
| v. | |
| JIMMY NEWELL, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties and through their respective attorneys of record that the sentencing hearing in the above-captioned matter now scheduled for June 24, 2013, may be rescheduled for July 8, 2013 at 8:30 p.m., with the time to file formal objections extended to June 24, 2013.

This continuance is at the request of the government, whose counsel will be out of town in training June 18 through June 21, 2013.  Defense counsel has agreed to the continuance to allow adequate time to review the final Presentence Report, file formal objections and/or a sentencing memorandum.

///

///

///

1

IT IS SO STIPULATED.

DATED: June 4, 2013          /s/ Melanie L. Alsworth
                             MELANIE L. ALSWORTH
                             Assistant United States Attorney

DATED: June 4, 2013          /s/ Jeremy Kroger
                             JEREMY KROGER
                             Attorney for Defendant

ORDER

IT IS SO ORDERED.

   Dated:   **June 13, 2013**                  **/s/ Lawrence J. O'Neill**
                                               UNITED STATES DISTRICT JUDGE